**688**

CHRISTOPHER W. MITCHELL, as Trustee in Bankruptcy of WILLIAM J. GALLAGHER, Bankrupt, Appellant, v. WILLIAM J. GALLAGHER and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

AUGUST OEST, Plaintiff, and MYRON NATHAN, Respondent, v. PHILIP OVBERG, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

PELBROOK FUNDING CORPORATION, Appellant, v. MADELINE V. McLAUGHLIN and Others, Respondents, and CHASTI BUILDERS, INC., Defendant. ALBERT L. HAMMOND, Plaintiff, v. CHASTI BUILDERS, INC., and Others, Defendants, and MADELINE V. McLAUGHLIN and Others, Respondents. PELBROOK FUNDING CORPORATION, Appellant.— Motion granted on stipulation. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR HAAS, Appellant.— Motion to dispense with printing denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORNAGA AVENUE HOLDING CORPORATION, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. WALTER S. KLEE, as Trustee, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THOMAS J. SMITH, Respondent, v. RICHARD E. WELDON and GEORGE KENT WELDON, Appellants.— In view of the decisions on appeals (post, p. 693), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

COLIN A. STEPHENSON, Appellant, v. THE GO-GAS COMPANY, WARNER-QUINLAN COMPANY and Others, Respondents.—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Does the complaint state facts sufficient to constitute a cause of action? Present — Kapper, Hagarty, Carswell and Scudder, JJ.; Lazansky, P. J., not voting.

JOHN M. STEWART, Respondent, v. CALVIN R. JOHNSON, Appellant, and STANDARD ALLIED PRODUCTS CORPORATION, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

AMERICAN TRUST COMPANY, as Trustee, etc., Respondent, v. THE STRAND BUILDING CORPORATION and Others, Defendants, and NEWPO THEATRES, INC., Appellant. (Appeal No. 2.) — Order denying motion to vacate restraining order affirmed, with ten dollars costs and disbursements. The respondent states in its brief that there is nothing in the restraining order to prevent the appellant from prosecuting an action in replevin. In our opinion, that is the proper construction of the restraining order and it in no way prevents the appellant from litigating its title to the property in question in any proper action or proceeding which it may bring for that purpose. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.